**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 44 WAL 2015
:
        Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
        v. :
:
:
:
JASON PATRICK LATSHAW, :
:
        Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of May, 2015, the Petition for Allowance of Appeal is

**DENIED**.